**PROOF OF SERVICE**

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

    111 Pine Street, Suite 1350
    San Francisco, CA 94111

That I served the within:

    **RE:**    **C07-5356 JL**

    1)    **SUMMONS IN A CIVIL ACTION;**
    2)    **CIVIL COVER SHEET;**
    3)    **PETITION FOR HEARING ON NATURALIZATION APPLICATION UNDER 8 U.S.C.§ 1447(B);**
    4)    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
    5)    **ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT; AND ET AL.**

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

    Alberto Gonzales (By Certified Mail)
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    US Attorneys Office (By Certified Mail)
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Attn: Civil Process Clerk

    Office of the General Counsel (By Certified Mail)
    U.S. Department of Homeland Security
    Washington, DC 20528

    Robert S. Mueller, III (By Certified Mail)
    Director
    Federal Bureau of Investigations
    Office of the General Counsel
    Room 7427, 935 Pennsylvania Ave., N.W.,
    Washington, DC 20535

Executed this October 22, 2007, at San Francisco, California.

    _/s/ Joanna Lai_
    Joanna Lai