SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERUM NAZ HUSAIN, ) | No. C 07-5356 JL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | EX PARTE MOTION TO EXTEND; |
| ) | PROPOSED ORDER |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| ROBERT S. MUELLER, III, Director of the ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the Defendants hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                January 22, 2008

Last day to file Joint ADR Certification:           February 6, 2008

Last day to file/serve Joint Case Management Statement:  February 20, 2008

Case Management Conference:                         February 27, 2008, at 10:30 a.m.

///

---

[1] Defendants reserve the right to raise all appropriate defenses, and do not waive any defenses by making this motion.

EX PARTE MOTION
07-5356 JL                                    1

Plaintiff has no objection to this motion.

Dated: December 21, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/S/_____
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney
                                            Attorneys for Defendants


## ORDER

Defendants' Motion to Extend the dates in the scheduling order is hereby GRANTED. IT IS SO ORDERED.

Date: _____

                                            JAMES LARSON
                                            United States Magistrate Judge