1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  ERUM NAZ HUSAIN,                      )
                                          )  No. C 07-5356 JL
                    Plaintiff,            )
12                                        )
                v.                        )  **PARTIES' CONSENT TO MAGISTRATE**
13                                        )  **JUDGE JURISDICTION**
    MICHAEL CHERTOFF, Secretary of the    )
14  Department of Homeland Security;      )
    ROBERT S. MUELLER, Director of the    )
15  Federal Bureau of Investigation,      )
                                          )
16                  Defendants.           )
    _____)
17

18     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

19  and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

20  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

21  final judgment.

22  ///

23  ///

24  ///

25

26

27

28

Consent to Magistrate Jurisdiction
C07-5356 JL                              1

1  Dated: January 11, 2008                    Respectfully submitted,

2                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
3

4
                                                      /s/
5                                              MELANIE L. PROCTOR
                                               Assistant United States Attorney
6                                              Attorney for Defendants

7

8  Dated: January 10, 2008                            /s/
9                                              JUSTIN X. WANG
                                               Attorney for Plaintiff
10

Consent to Magistrate Jurisdiction
C07-5356 JL                              2