1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10
   ERUM NAZ HUSAIN,                    )
11                                     )   No. C 07-5356 JL
              Plaintiff,               )
12                                     )   **STIPULATION TO DISMISS and**
           v.                          )   [PROPOSED] **ORDER**
13                                     )
   MICHAEL CHERTOFF, Secretary of the  )
14 Department of Homeland Security;    )
   ROBERT S. MUELLER, Director of the  )
15 Federal Bureau of Investigation,    )
                                       )
16            Defendants.              )
   _____)
17

18     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

22 within 30 days of the dismissal of this action.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C07-5356 JL                              1

Dated: January 11, 2008                Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney


                                       /s/
                                       MELANIE L. PROCTOR
                                       Assistant United States Attorney
                                       Attorney for Defendants


Dated: January 10, 2008                /s/
                                       JUSTIN X. WANG
                                       Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 11, 2008

*IT IS SO ORDERED*
*Judge James Larson*
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C07-5356 JL                                    2